COSMAN, Appellant, v. COSMAN, Respondent. (Supreme Court, Appellate Division,

Fourth Department. July 7, 1915.) Action by Dennison Cosman against Albert D. Cosman, individually, etc. No opinion. Judgment affirmed, with costs.